IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05CR3040 |
| ) | |
| v. ) | |
| ) | |
| WESTERN SUGAR COOPERATIVE, ) | REASSIGNMENT ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the minutes of the hearing on May 26, 2005 (Filing No. 4),

IT IS ORDERED that this case is reassigned from District Judge Richard G. Kopf to Magistrate Judge David L. Piester effective May 26, 2005, for judicial supervision and processing of all pretrial matters and disposition.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge